

**1:26-cr-00028**
**Judge Matthew F. Kennelly**
**Magistrate Judge Gabriel A. Fuentes**
**RANDOM / Cat. 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(1) |
| JOSE ALFREDO LOPEZ-MARTINEZ, A/K/A "Jose Lopez" | |

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

On or about August 22, 2022, at Maywood, Illinois, in the Northern District of Illinois, Eastern Division,

JOSE ALFREDO LOPEZ-MARTINEZ,
also known as "Jose Lopez"

defendant herein, an alien who previously had been deported and removed from the United States on or about September 3, 2010 and on or about June 12, 2012, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY